UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARTHUR MILES,

                        Plaintiff,

   v.

TIM BARTTRUM, *et al.*,

                   Defendants.

Case No. 2:26-cv-00227-CDS-DJA

ORDER

On January 30, 2026, pro se plaintiff Arthur Miles, an inmate at Clark County Detention Center, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1-2). Plaintiff's application to proceed *in forma pauperis* is incomplete because he failed to include an application with his financial certificate and inmate trust fund account statement for the previous six-month period. (*See* ECF No. 1-2). The Court will retain Plaintiff's financial documents, and it will grant him a 30-day extension to either file a complete application or pay the full filing fee for this action.

## I.    DISCUSSION

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis*

status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until March 5, 2026**, to either pay the full $405 filing fee or file a completed *in forma pauperis* application on the approved form for federal court with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Arthur Miles the approved form original application to proceed *in forma pauperis* for an inmate with instructions, and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: February 3, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2